UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| A.P. LENARD, L.L.C. | : | CIVIL ACTION NO. 17-0958 |
| VS. | : | JUDGE ROBERT G. JAMES |
| BEFESA INDUSTRIAL SERVICES USA, INC. | : | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Plaintiff's Motion to Remand [Doc. No. 11] and Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, or Alternatively, for *Forum non Conveniens* [Doc. No. 13] are both DENIED.

MONROE, LOUISIANA, this 19th day of December, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE