UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| A.P. LENARD, L.L.C. | : | CIVIL ACTION NO. 17-0958 |
| VS. | : | JUDGE TERRY A. DOUGHTY |
| BEFESA INDUSTRIAL SERVICES USA, INC. | : | MAG. JUDGE KAREN L. HAYES |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, and DECREED that the instant suit is hereby DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b).

Monroe, Louisiana, this 18th day of January, 2019.

_____
Terry A. Doughty
United States District Judge